UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Case: 2:26−cr−20097
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 2/23/2026
Description: USA V CADDELL
(MRS)

UNITED STATES OF AMERICA,

v.

ANTONIO CADDELL,

    Defendant.

_____/

Violations:

**INFORMATION**    21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

The United States Attorney charges:

**COUNT ONE**
21 U.S.C. § 841
*Possession of Methamphetamine with Intent to Distribute*

On or about July 17, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Antonio Caddell, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the controlled substance involved was 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## **FORFEITURE ALLEGATION**
21 U.S.C. § 853; 28 U.S.C. § 2461(c)

1.     The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

2.     Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

3.     Substitute Assets:  If the property described above as being subject to forfeiture, as a result of any act or omission of:

     a.  Cannot be located upon the exercise of due diligence;

     b.  Has been transferred or sold to, or deposited with, a third party;

     c.  Has been placed beyond the jurisdiction of the Court;

     d.  Has been substantially diminished in value; or

     e.  Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c).


JEROME F. GORGON, Jr.
United States Attorney


*s/Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent and Major Crimes Unit
Assistant United States Attorney


*s/Nhan Ho*
NHAN HO
Assistant United States Attorney

Dated: February 23, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>2:26−cr−20097 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:  *s/N.H* |

**Case Title:** USA v. Antonio Caddell

**County where offense occurred :** Macomb & Elsewhere

**Check One:**    ☒ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/__✓__Information --- based upon prior complaint [**Case number:** 25-MJ-30730        ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 23, 2026
Date

s/Nhan Ho
Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9632
E-Mail address: Nhan.Ho@usdoj.gov
Attorney Bar #:  P82793

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.