UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

v.

Antonio Caddell,

       Defendant.

Case No. 2:26-cr-20097
Honorable Terrence G. Berg

---

### First Forfeiture Bill of Particulars

---

The United States, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Information and to provide notice of specific property the government intends to forfeit upon conviction.

The allegations set forth in the Information are re-alleged and incorporated herein by this reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c). As a result of violating the offense set forth in Count One of the Information, Antonio Caddell shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation; and any property used, or intended to be

used, in any manner or part, to commit or to facilitate the commission of such violation, which includes, but is not limited to the following:

- $28,545.00 U.S. Currency seized from Antonio Caddell on December 2, 2025 at XXXX XXXXX, Van Buren, Michigan (26-ATF-006134)

- $11,494.00 U.S. Currency seized from Antonio Caddell on December 2, 2025 at XXXX XXXXX, Royal Oak, Michigan (26-ATF-006135)

This Forfeiture Bill of Particulars is also filed to comply with the provisions of 18 U.S.C. § 983(a)(3), and the government reserves its right to file a civil forfeiture complaint regarding the identified property, if necessary, at the conclusion of this criminal action.

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment.

Respectfully submitted,

Jerome F. Gorgon, Jr.
United States Attorney

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9562
Catherine.Morris@usdoj.gov

Dated: March 9, 2026

## Certification of Service

I hereby certify that on March 9, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

                                              S/Catherine E. Morris
                                              Catherine E. Morris (P84371)
                                              Assistant U.S. Attorney
                                              211 W. Fort Street, Ste. 2001
                                              Detroit, Michigan 48226